**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANTHONY JOHN VENERI, JR.,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 20-CV-3561** |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA,** | : | |
| **Respondent.** | : | |

**ORDER**

AND NOW, this **19th** day of **August, 2020**, upon consideration of Plaintiff Anthony John Veneri, Jr.'s Motion to Proceed *In Forma Pauperis* (ECF No. 3), and *pro se* Petition for a Writ of Mandamus (ECF No. 1) it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      The Petition for a Writ of Mandamus is **DEEMED** filed.

3.      The Petition for a Writ of Mandamus is **DISMISSED WITH PREJUDICE** as frivolous for the reasons in the Court's Memorandum.

4.      The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

 _/s/ Eduardo C. Robreno_____
**EDUARDO C. ROBRENO, J.**